UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-60177-CIV-WILLIAMS

LOUIS VUITTON MALLETIER,

    Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS
ENTITIES, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation ("***Report***") on Plaintiff's Motion for Final Default Judgment ("***Motion***") (DE 36) against Defendants.[1] (DE 40.) In the Report, Magistrate Judge Valle recommends that Plaintiff's Motion be GRANTED. Defendants filed no response to the Motion. Additionally, the Parties did not file any objections to Judge Valle's Report, and the time period to file objections has passed.

---

[1] The Defendants are the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" to the Complaint (collectively "***Defendants***"). Defendant nisaaccessories.com (Defendant Number 72) was dismissed from the case and, therefore, is not included in the Motion. (*See* DE 21.) Further, Defendants beyondfoot.com (Defendant Number 16), chrmyou.com (Defendant Number 22), fullclothes.com (Defendant Number 33), and uppallrun.com (Defendant Number 97) (together, the "***Non-Answering Defendants***") are not included in the Motion.

In the Report, Judge Valle recommends permitting Plaintiff to (1) seek a Clerk's default as to the Non-Answering Defendants; and (2) supplement its Motion to include the Non-Answering Defendants. (DE 36 at 16.) On November 10, 2022, Plaintiff and the Non-Answering Defendants filed Agreed Motions for Entry of Consent Final Judgments and Permanent Injunctions ("***Agreed Motions***"). (DE 41; DE 42.) Accordingly, Judge Valle's recommendations regarding the Non-Answering Defendants are moot.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the Report (DE 40) is **AFFIRMED AND ADOPTED**. Plaintiff's Motion for Final Default Judgment (DE 36) is **GRANTED**. The Court will separately enter Final Default Judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>18th</u> day of November, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE